■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GOINES, Appellant. [652 NYS2d 539] —Appeal by the defendant from a judgment of the Supreme Court, Queens County

(Roman, J.), rendered July 1, 1994, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The *Rosario* violations claimed by the defendant are unpreserved for appellate review (*see, People v Kane,* 85 NY2d 1024, 1027; *People v Rogelio,* 79 NY2d 843, 844; *People v Wright,* 204 AD2d 372, 373; *People v Ciro,* 195 AD2d 568, 569). The defendant's contention that he is entitled to a new trial because of prosecutorial misconduct is similarly unpreserved for appellate review (*see, People v Comer,* 73 NY2d 955; *People v Medina,* 53 NY2d 951). We decline to reach these issues in the exercise of our interest of justice jurisdiction. O'Brien, J. P., Florio, McGinity and Luciano, JJ., concur.